IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

ROBERT GLASKER and,                )
CORNELL GLASKER,                   )
                                   )
    Plaintiffs,                    )
                                   )        CIVIL ACTION FILE
v.                                 )        NO.
                                   )
JONATHAN ADAMS DEEL                )
and REAL DEEL TRUCKING, INC.       )
                                   )
    Defendants.                    )

## NOTICE OF REMOVAL

Defendant Real Deel Trucking, Inc. ("Real Deel"), 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal from the Superior Court of Troup County, Georgia, showing the Court as follows:

1.    Plaintiff initiated this civil action on June 25, 2024, in the Superior Court of Troup County, Georgia, where it was styled *Robert Glasker and Cornell Glasker v. Jonathan Adams Deel, individually and Real Deel Trucking, Inc.*, Civil Action File Number 24-CV-0304. (Exhibit A.)

2.    Real Deel was served with this lawsuit on July 3, 2024. (Exhibit B.) This notice is timely filed within thirty (30) days pursuant to 28 U.S.C. § 1446 (b).

3.    The Superior Court of Troup County is located within the Newnan Division of the United States District Court for the Northern District of Georgia and

1

is the appropriate court for removal pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

4.    Complete diversity of citizenship exists between the parties.

5.    The Complaint alleges that Plaintiffs are adult resident citizens of the State of Georgia. (See Exhibit A, Complaint for Damages ¶ 1).

6.    Defendant Johnathan Adams Deel is an adult resident citizen of the State of Alabama. (See Exhibit A, Complaint for Damages ¶ 2).

7.    Defendant Real Deel Trucking, Inc. is a foreign corporation organized and existing under the laws of Alabama with its principal place of business located in Alabama, and, as such, is a citizen of the State of Alabama. (See Exhibit A, Complaint for Damages ¶ 4).

8.    As of December 11, 2023, Plaintiff Robert Glasker alleges to have incurred at least $45,745.54 in medical expenses as a result of the collision which forms the basis of the Complaint. (See Exhibit C, Correspondence).

9.    Plaintiff Robert Glasker alleges that he has been unable to work as a result of the collision which forms the basis of the Complaint and will incur lost wages in the amount of $904,290.40. (See Exhibit C, Correspondence).

10.    As of September 7, 2023, Plaintiff Robert Glasker had incurred $48,535.76 in temporary total disability indemnity benefits and $57,862.95 in medical benefits from his employer's worker's compensation insurer and remained

out of work, allegedly as a result of the collision which forms the basis of the Complaint. (See Exhibit D, Workers Comp Form).

11.    As of January 5, 2024, Plaintiff Robert Glasker remained out of work and had received $65,336.60 in temporary total disability indemnity benefits, allegedly as a result of the collision which forms the basis of the Complaint. (See Exhibit E, TTD Payout Sheet).

12.    Upon information and belief, Plaintiff Robert Glasker remains out of work.

13.    Plaintiff Cornell Glasker seeks damages for loss of consortium. (See Exhibit A, Complaint for Damages ¶ 35).

14.    For the reasons set forth above, this Court has subject matter jurisdiction based upon diversity of citizenship between Plaintiff and Defendants and because the amount in controversy is greater than $75,000.00. 28 U.S.C. §§ 1441(b), 1332, and 1446.

15.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Defendants are attached hereto as Exhibit F.

16.    Defendants have given written notice of the filing of this notice to Plaintiff and will likewise file a written notice with the Clerk of the Superior Court of Troup County, a copy of which is attached hereto as Exhibit G, as required by 28 U.S.C. § 1446(d).

17.     All Defendants consent to this removal.

18.     The undersigned have read this notice, and to the best of their knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

This 2nd day of August 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Marc H. Bardack*
Marc H. Bardack
Georgia Bar No. 037126
mbardack@fmglaw.com
Breandan D. Cotter
Georgia Bar No. 439220
Breandan.cotter@fmglaw.com
*Attorneys for Defendant Real Deel Trucking, Inc.*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **Notice of Removal** to the clerk of court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.  Counsel of record are:

Jenna B. Matson, Esq.
Jan P. Cohen, Esq.
Kenneth S. Nugent, P.C.
One Tenth Street, Suite 550
Augusta, Georgia 30901
jmatson@attorneykennugent.com
jcohen@attorneykennugent.com

This 2nd day of August 2024.

*/s/ Marc H. Bardack*
Marc H. Bardack
Georgia Bar No. 037126
mbardack@fmglaw.com
*Attorneys for Defendant Real Deel Trucking, Inc.*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)